UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-129 |
| VINCENT WILLIAMS | * | SECTION "L" |

**ORDER**

IT IS ORDERED that the Defendant's Motion to Set Aside the Entry of Default Judgment Pursuant to Federal Rule of Civil Procedure Rule 60(b)(4) (Rec. Doc. 81) is DENIED.

New Orleans, Louisiana, this  22nd   day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

PLEASE SERVE:

Vincent Williams
No. 27040-034
Satellite Prison Camp
P.O. Box 5010
Oakdale, Louisiana  71463

1