c. In Forma Pauperis Declaration

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  JUL - 2 2007

LORETTA G. WHYTE
Clerk

DC 12 (Rev 6/82)

APPLICATION TO PROCEED IN FORMA PAUPERIS,
SUPPORTING DOCUMENTATION & ORDER

**United States District Court**

DISTRICT: Eastern Of Louisiana

CASE TITLE: Vincent Williams v. United States Of America

DOCKET NO. 00-129 L(3)

MAGISTRATE CASE NO.

I, _Vincent Williams_, declare that I am the (check appropriate box)

[X] petitioner/plaintiff
[ ] respondent/defendant
[ ] movant (filing 28 U.S.C. 2255 motion)
[ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes [X]  No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
   
   $40.00 per month
   
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment?  Yes [ ]  No [X]
   b. Rent payments, interest or dividends?  Yes [ ]  No [X]
   c. Pensions, annuities or life insurance payments?  Yes [ ]  No [X]
   d. Gifts or inheritances?  Yes [ ]  No [X]
   e. Any other sources?  Father $200.00  Yes [X]  No [ ]

TENDERED FOR FILING
JUL - 2 2007
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process____
_X_ Dktd_____
_X_ CtRmDep___
___ Doc. No.___

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Father $200.00

3. Do you own any cash, or do you have money in checking or savings account?
   Yes ☐   No ☑   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-28-07                    Vincent Williams
            (Date)                      Signature of Applicant

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant herein has the sum of $ 58.79 on account to his credit at the Federal Prison Camp Oakdale institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____
Authorized Officer of Institution

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |



Vincent Williams
No. 27040-034
Satellite Prison Camp
P.O. Box 5010
Oakdale, Louisiana 71463

ALEXANDRIA LA 713
29 JUN 2007 PM 1 L

Office Of The Clerk
United States District Court
New Orleans, Louisiana 70130