U. S. DISTRICT COURT
Eastern District of Louisiana

UNITED STATES DISTRICT COURT FILED JUL - 2 2007

EASTERN DISTRICT OF LOUISIANA

LORETTA G. WHYTE
Clerk   wp

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VERSUS | § | Criminal Docket No. 00-129 |
| VINCENT WILLIAMS | § | Section "L" (3) |

## NOTICE OF APPEAL

**NOW INTO COURT COMES** Vincent Williams, appearing through pro se representation and respectfully give this Honorable Court Notice of Appeal. On June 22, 2007, the Court denied the defendant's Motion to set aside the entry of default judgment pursuant to Federal Rule of Civil procedure Rule 60(b)(4).

Oakdale, Louisiana, this 28 day of June, 2007.

Respectfully submitted,

Vincent Williams
Vincent Williams
No. 27040-034
Satellite Prison Camp
P.O. Box 5010
Oakdale, Louisiana, 71463

TENDERED FOR FILING
JUL - 2 2007
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

\_ Fee\_\_\_\_
\_ Process\_\_\_\_
X Dktd\_\_\_\_
X CtRmDep\_\_\_\_
\_ Doc No.\_\_\_\_



ALEXANDRIA LA 713
29 JUN 2007 PM 1 L

Office Of The Clerk
United States District Court
New Orleans, Louisiana 70130

Vincent Williams
No. 27040-034
Satellite Prison Camp
P.O. Box 5010
Oakdale, Louisiana 71463