U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUL 19 2007

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-129 |
| VINCENT WILLIAMS | SECTION: L |

### ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

[X] the motion is GRANTED; the party is entitled to proceed in forma pauperis.

[ ] the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ] the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _____

_____

New Orleans, Louisiana, this 19 day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dk'd_____
___ CtRmDep___
___ Doc. No.___