UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**FILED JUL 27 2007**
**LORETTA G. WHYTE**
**CLERK**

500 Poydras St., Room C-151
New Orleans, LA 70130

July 29, 2007

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO <u>07-30640</u>

IN RE: VINCENT WILLIAMS V USA                                       CR 00-129 L

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

   ___ 1) Certified copy of the notice of appeal and docket entries.

   ___ 2) Certified copy of notice of a cross-appeal and docket entries.

   ___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

   ___ 4) This case is proceeding <u>in forma pauperis</u>

   ___ 5) Order Appointing Counsel   ___ CJA-20   ___ FPD

   ___ 6) District Judge Entering the final judgment is_____

   ___ 7) Court Reporter assigned to the case _____

   ___ 8) If criminal case, number and names of other defendants on appeal ____

   ___ 9) This case was decided without a hearing; there will be no transcript.

   ___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

   <u>X</u> 1) **Certified** Electronic Copy of Record on appeal:

       ___ Volume(s) of record     ___ Volume(s) of transcript

       ___ Volume(s) of depositions

       ___ Container(s) of exhibits ___ Box ___ Binder

   ___ 2) Supplemental record consisting of _____

   ___ 3) SEALED DOCUMENT _____

   ___ 4) Other:_____

Very truly yours,

By <u>Erin McNamara</u>
Deputy Clerk

___ Fee_____
___ Process_____
<u>X</u> Dktd_____
___ CtRmDep_____
___ Doc. No._____