COURT RECORD LOAN FORM  U.S. District Court
(Please Print)

*THIS PORTION REMAINS WITH COURT RECORDS*

No. **00-129**  Short Title **Vincent Williams v USA**  Date **8/30/07**

To: **Mimi Nguyen, AUSA**
Name

Address **U.S. Attorney's Ofc.**

**500 Peydras St, Rm 210**

City **NOLA**  State  Zip **70130**

Documents Enclosed:
☑ Record Vols: **2**
*☐ Exhibits ☑ Env. **1 accordian folder**
☐ Box: ____
☐ Supp. Record Vols. ____
☐ Second Supp. Record Vols. ____
☐ Third Supp. Record Vols. ____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

**Attorney Return**  **SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit.** Complete the shaded area below and return this form to the 5th Circuit along with the documents.

To:  Clerk, 5th Circuit

☐ Record Vols: ____
☐ Supp. Record Vols. ____
*☐ Exhibits ☐ ____

Records above listed are returned to Clerk
Attorney Name: ____
Date: ____

— — — *THIS PORTION REMAINS WITH COURT RECORDS* — — —

✂ Cut Here

**Clerk's Receipt** To be completed by **5th Circuit Clerk's office** and forwarded to person in previous section.

No. ____  Short Title ____

☐ Record Vols: ____
☐ Supp. Record Vols. ____
*☐ Exhibits ☐ ____

Records in above case have been received by Clerk.
Name: ____
Date: ____

District: ____

✂ Cut Here

**Attorney Forwarding Receipt**  If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the **District Court Clerk's office**.

No. ____  Short Title ____

To:  Clerk, U.S. District Court

☐ Record Vols: ____
☐ Supp. Record Vols. ____
*☐ Exhibits ☐ ____

Records in above case forwarded to:
Attorney Name: ____
Address: ____
City, State, Zip: ____
Signed: ____  Date: ____

District: ____

✂ Cut Here

**Attorney Receipt**  The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the **District Court Clerk's office** upon receipt of documents.

No. ____  Short Title ____

To:  Clerk, U.S. District Court

☐ Record Vols: ____
☐ Supp. Record Vols. ____
*☐ Exhibits ☐ ____

Records in above case listed received.
Judge/Attorney Name: ____
Date: ____

Fee ____
Process ____
Dktd ____
CtRmDep ____
Doc. No. ____

District: ____