FILED 08 MAR 27 14:58 USDC-LAE

✎ LAED 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| VINCENT WILLIAMS | ) | Case No:  00-129 – L |
| | ) | USM No: 27040-034 |
| Date of Previous Judgment: _____ 03/28/2001 _____ | ) | Denis Doblear |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   135   months **is reduced to**   120 months   .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 32 | |
| Criminal History Category: | I | Criminal History Category: | I | |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 108 to 135 months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☑ Other (explain):

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

## III.  ADDITIONAL COMMENTS

The defendant's reduced sentence is to Count 3.
The defendant has an amended restricted guideline range of 120 to 135 months.

Except as provided above, all provisions of the judgment dated   03/26/2003   shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _____ 03/26/2008 _____

_____
Judge's signature

Effective Date: _____ 04/09/2008 _____
(if different from order date)

Eldon E. Fallon, United States District Judge
Printed name and title

___ Fee ___
✓ Process ___
X Dktd ___
✓ CtRmDep ___
___ Doc. No ___