U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAY 23 2008

LORETTA G. WHYTE
CLERK

United States Court of Appeals
Fifth Circuit

**FILED**
April 15, 2008

Charles R. Fulbruge III
Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 07-30640
Conference Calendar

---

D.C. Docket No. 2:00-CR-129-2

UNITED STATES OF AMERICA

    Plaintiff - Appellee

  v.

VINCENT WILLIAMS

    Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans.

Before PRADO, OWEN and SOUTHWICK, Circuit Judges.

J U D G M E N T

    This cause was considered on the record on appeal and the briefs on file.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: MAY 22 2008

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

A True Copy
Attest   MAY 22 2008

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 15, 2008

Charles R. Fulbruge III
Clerk

No. 07-30640
Conference Calendar

---

UNITED STATES OF AMERICA

          Plaintiff-Appellee

v.

VINCENT WILLIAMS

          Defendant-Appellant

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:00-CR-129-2

---

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

    Vincent Williams, federal prisoner #27040-034, appeals the district court's denial of his FED. R. CIV. P. 60(b)(4) motion for relief from a criminal order of forfeiture. Williams argues that his Rule 60(b)(4) motion was proper because he was raising a jurisdictional challenge to his conviction.

    This court reviews a district court's ruling on a Rule 60(b)(4) motion de novo. *Carter v. Fenner*, 136 F.3d 1000, 1005 (5th Cir. 1998). Rule 60(b) provides

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

relief from judgment in civil cases, not in criminal cases. *See United States v. O'Keefe*, 169 F.3d 281, 289 (5th Cir. 1999). Accordingly, the district court did not err in denying Williams's Rule 60(b) motion. Moreover, to the extent that Williams's Rule 60(b) motion was a successive 28 U.S.C. § 2255 motion, Williams had not obtained the requisite authorization to file a successive § 2255 motion. *See Gonzalez v. Crosby*, 545 U.S. 524, 529-31 (2005); *United States v. Rich*, 141 F.3d 550, 551-53 (5th Cir. 1998); *Fierro v. Johnson*, 197 F.3d 147, 151 (5th Cir. 1999); 28 U.S.C. §§ 2244(b)(3)(A), 2255.

The district court's judgment is AFFIRMED.