U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAY 2 3 2008

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 22, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-30640 USA v. Williams
    USDC No. 2:00-CR-129-2

Enclosed, for the District Court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the District Court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( ) Volumes     ( 2 ) Envelopes     ( ) Boxes

The electronic copy of the record has been recycled.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: *Misty Fontenot*
    Misty Fontenot, Deputy Clerk
    504-310-7716

cc: (letter only)
    Honorable Eldon E Fallon
    Mr Vincent Williams
    Mr Maurice Landrieu

P.S. to Judge Fallon: A copy of the opinion was sent to your office via email the day it was filed.

MDT-1

__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No._____